IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED PLUMBING & HEATING
CO., INC.; MAURICE THOMAS, JR.;
CHARLOTTE T. THOMAS; HOMER L. THOMAS;
DEBBRA B. THOMAS; JOHN J. THOMAS; AND
KATHRYN R. THOMAS                                                                  PLAINTIFFS

VS.                                                   CIVIL ACTION NO. 3:05cv602 HTW-JCS

AMERICAN CONTRACTORS
INDEMNITY COMPANY                                                                    DEFENDANT

### ORDER GRANTING TEMPORARY RESTRAINING ORDER

This cause came on to be heard this day on the emergency motion, without notice, of the Plaintiffs for a temporary restraining order, and after considering same, the Court finds as follows:

(1) as shown by the verified complaint, irreparable injury, loss, or damage will result to the Plaintiffs before the adverse party or its attorney can be heard in opposition; and

(2) the applicants' attorney has certified to the Court the efforts to give notice and has given reasons to support the claim that notice should not be required.

IT IS THEREFORE ORDERED, as follows:

1. That the Court grants a temporary restraining order, without notice, immediately, restraining the defendant from the use, enjoyment, and/or withdrawal of funds from its Collateral Trust account, and mandatorily enjoins and orders American Contractors Indemnity Company to ~~repay~~ *HTW* maintain the entirety of said funds ~~to Trustmark Bank in the name of, and for the benefit of, the Plaintiffs; and~~ *HTW*

2. That the Court enjoins ACIC from drawing any benefit from the aforesaid General Indemnity Agreement until such time as a Court of competent jurisdiction has resolved all

substantive questions of law and fact determined the rights and liabilities of the parties to said Agreement. /s/ HTW

The parties are to appear before this court on Friday, October 7, 2005, at 10:30 o'clock a.m. The plaintiffs are to post a $1,000.00 security, with said amount to be reviewed on October 7, 2005. /s/ HTW

_____
JUDGE Henry T. Wingate

Date: October 5, 2005
Time: 5:25 p.m.